# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−13677−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dominick J Allocco Jr.
149 Gates Ave
Gillette, NJ 07933

Deborah J Allocco
149 Gates Ave
Gillette, NJ 07933

Social Security No.:
xxx−xx−6690                              xxx−xx−5303

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 24, 2016.

On 5/22/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:           July 6, 2017
Time:           10:00 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 23, 2017
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 16-13677-VFP
Dominick J Allocco, Jr.                                          Chapter 13
Deborah J Allocco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 23, 2017
                              Form ID: 185             Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
```
db/jdb         +Dominick J Allocco, Jr.,   Deborah J Allocco,   149 Gates Ave,   Gillette, NJ 07933-1719
516126584       AMERICAN EXPRESS BANK, FSB,   C/O BECKET AND LEE LLP,   PO BOX 3001,   MALVERN, PA 19355-0701
516157496       AMERICAN EXPRESS CENTURION BANK,   C/O BECKET AND LEE LLP,   PO BOX 3001,
                 MALVERN, PA 19355-0701
516120373      +American Express,   Bankruptcy Department,   P.O Box 3001,   16 General Warrend Blvd,
                 Malvern, PA 19355-1245
516027029      +American Express,   PO Box 6559,   Omaha, NE 68106-6559
516027030     #+Bank Of America,   Nc4-102-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516027031      +Bank Of America,   1800 Tapo Canyon,   Simi Valley, CA 93063-6712
516228584      +Bank of America, N.A.,   c/o Marinosci Law Group, P.C.,   ATTN: Bankruptcy Department,
                 100 West Cypress Creek Road, Suite 1045,   Fort Lauderdale, FL 33309-2191
516249434      +Bank of America, N.A.,   P.O. Box 31785,   Tampa, FL 33631-3785
516027033      +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
516027032      +Barclays Bank Delaware,   Po Box 8801,   Wilmington, DE 19899-8801
516120374      +Cheswold Ophrys LLC,   P.O Box 3978,   Seattle, WA 98124-3978
516027035      +Credit First/CFNA,   6275 Eastland Rd,   Brookpark, OH 44142-1399
516027034      +Credit First/CFNA,   Bk13 Credit Operations,   Po Box 818011,   Cleveland, OH 44181-8011
516120375      +Department Stores/ National Bank Macy,   P.O Box 4275,   Norcross, GA 30091-4275
516027042      +Equifax,   PO BOX 740241,   Atlanta, GA 30374-0241
516027043      +Experian,   PO BOX 9701,   Allen, TX 75013-9701
516173763      +Midland Funding, LLC,   P.O. Box 2011,   Warren, MI 48090-2011
516182501      +NJSVS, Bankruptcy Unit,   PO Box 4850,   Trenton, NJ 08650-4850
516027047       Nationwide Credit, Inc,   P. O Box 26314,   Lehigh Valley, PA 18002-6314
516143716      +PHEAA,   PO B0X 8147,   HARRISBURG PA 17105-8147
516120380      +State of New Jersey,   Surcharge Administration,   P.O Box 136,   4th Floor,
                 Trenton, NJ 08666-0136
516027048      +State of New Jersey Division of Taxation,   P.O Box 187,   Trenton, NJ 08695-0187
516027051      +Trans Union,   PO BOX 2000,   Chester, PA 19022-2000
516120382      +US Department of Education,   P.O Box 740283,   Atlanta, GA 30374-0283
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2017 22:31:08      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2017 22:31:07     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516245273      +E-mail/Text: bncmail@w-legal.com May 23 2017 22:31:14      Cheswold (Ophrys), LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516027037      +E-mail/PDF: creditonebknotifications@resurgent.com May 23 2017 22:29:27      Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
516027036      +E-mail/PDF: creditonebknotifications@resurgent.com May 23 2017 22:29:27      Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
516027041       E-mail/Text: mrdiscen@discover.com May 23 2017 22:30:28      Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
516027038      +E-mail/Text: electronicbkydocs@nelnet.net May 23 2017 22:31:10      Dept Of Ed/Nelnet,
                 Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
516027039      +E-mail/Text: electronicbkydocs@nelnet.net May 23 2017 22:31:10      Dept Of Ed/Nelnet,
                 121 S 13th St,   Lincoln, NE 68508-1904
516047298       E-mail/Text: mrdiscen@discover.com May 23 2017 22:30:28      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
516027040      +E-mail/Text: mrdiscen@discover.com May 23 2017 22:30:28      Discover Financial,
                 Attn: Bankruptcy,   Po Box 3025,   New Albany, OH 43054-3025
516027044      +E-mail/Text: camanagement@mtb.com May 23 2017 22:30:55      Hudson City Savings Ba,
                 West 80 Century Rd,   Paramus, NJ 07652-1478
516027045       E-mail/Text: cio.bncmail@irs.gov May 23 2017 22:30:45      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516236460       E-mail/Text: JCAP_BNC_Notices@jcap.com May 23 2017 22:31:20      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
516120376      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 23 2017 22:31:20      Jefferson Capital Systems LLC,
                 P.O Box 772813,   Chicago, IL 60677-0113
516245478       E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2017 22:29:30
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516101256       E-mail/Text: camanagement@mtb.com May 23 2017 22:30:55      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
516027046       E-mail/Text: camanagement@mtb.com May 23 2017 22:30:55      M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240-1288
516120377       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:38:03
                 Portfolio Recovery Associates LLC,   P.O Box 12914,   Norfolk, VA 23541
516269643       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:38:03
                 Portfolio Recovery Associates, LLC,   c/o Bank Of America,   POB 41067,   Norfolk VA 23541
516269516       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:52:48
                 Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-2           User: admin                Page 2 of 2              Date Rcvd: May 23, 2017
                               Form ID: 185               Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516273647      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:52:57
                Portfolio Recovery Associates, LLC,   c/o Capital One,   POB 41067,   Norfolk VA 23541
516265840      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:52:57
                Portfolio Recovery Associates, LLC,   c/o Chase Bank Usa, N.a.,   POB 41067,
                Norfolk VA 23541
516269699      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:37:44
                Portfolio Recovery Associates, LLC,   c/o Hsbc Bank Nevada, N.a,   POB 41067,
                Norfolk VA 23541
516120378     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:52:57
                PRA Receivables Management LLC,   P.O Box 12914,   Norfolk, VA 23541-0914
516120379     +E-mail/Text: bnc-quantum@quantum3group.com May 23 2017 22:31:00       Quantum Group LLC,
                Moma Funding LLC,   P.O Box 788,   Kirkland, WA 98083-0788
516042762      E-mail/Text: bnc-quantum@quantum3group.com May 23 2017 22:31:00
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
516027049     +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 22:29:56       Synchrony Bank/Care Credit,
                Attn: bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
516120381     +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 22:29:56       Synchrony Bank/Care Credit,
                P.O Box 103104,   Roswell, GA 30076-9104
516027050     +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 22:29:31       Synchrony Bank/Care Credit,
                C/o Po Box 965036,   Orlando, FL 32896-0001
516041982     +E-mail/Text: electronicbkydocs@nelnet.net May 23 2017 22:31:10       US Department of Education,
                c/o Nelnet,   121 South 13th Street,   Suite 201,   Lincoln, NE 68508-1911
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Scott E. Tanne    on behalf of Joint Debtor Deborah J Allocco info@tannelaw.com,
           clerk@tannelaw.com
          Scott E. Tanne    on behalf of Debtor Dominick J Allocco, Jr. info@tannelaw.com,
           clerk@tannelaw.com
                                                                                              TOTAL: 4
```