# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:    **Dominick J Allocco, Jr.**
**Deborah J Allocco**

Case No.: **16-13677**
Judge: **VFP**

Debtor(s)    Chapter: **13**

## CHAPTER 13 PLAN AND MOTIONS

☐ Original        ☑ Modified/Notice Required        ☑ Discharge Sought
☐ Motions Included    ☐ Modified/No Notice Required    ☐ No Discharge Sought

Date:    **May 15, 2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS WILL BE AFFECTED.

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:  Payment and Length of Plan

a.  The Debtor shall pay $31,900.00 to the Chapter 13 Trustee from March 2016 to April, 2017 and then ; the Debtor shall pay $2,597.00 monthly to the Chapter 13 Trustee beginning May, 2017 for the remaining 46 months.  The total length of plan is approximately 60 months.

b.  The Debtor shall make plan payments to the Trustee from the following sources:
☑    Future Earnings
☐    Other sources of funding (describe source, amount and date when funds are available):

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

c.  Use of real property to satisfy plan obligations:

☐    Sale of real property
Description:
Proposed date for completion:                    _____

☐    Refinance of real property
Description:
Proposed date for completion:                    _____

☐    Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion:                    _____

d.    ☐    The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.    ☐    Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection

a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Internal Revenue Service** | **Taxes and certain other debts** | **0.00** |
| **State of New Jersey Division of Taxation** | **Taxes and certain other debts** | **0.00** |

## Part 4: Secured Claims

### a.  Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **M&T Bank** | **149 Gates Ave Gillette, NJ 07933  Morris County** | **13,625.00** | **0.00** | **13,625.00** **(Already paid)** | **0.00** |

### b.  Modification

1.)  The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an

2

unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c.  Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d.  Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
**Bank Of America**

### e.  Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **-NONE-** | | |

## Part 5:  Unsecured Claims

a.  **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

_____        Not less than $____ to be distributed *pro rata*

__X__        Not less than __100__ percent

_____        *Pro Rata* distribution from any remaining funds

b.  **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **US Department of Education** | **Student Loan** | **Pay outside the plan** | **$2,603.92** **Amount already paid** |

## Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **-NONE-** | | |

3

## Part 7:  Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

b.  **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8:  Other Plan Provisions

a.  **Vesting of Property of the Estate**
☑  Upon Confirmation
☐  Upon Discharge

b.  **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c.  **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1)  Trustee Commissions
2)  **Other Administrative Claims**
3)  **Secured Claims**

4

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| 4)    **Lease Arrearages** | | | |
| 5)    **Priority Claims** | | | |
| 6)    **General Unsecured Claims** | | | |

### d. Post-petition claims

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 :  Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:_____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **To reduce the trustee payment** | **By excluding the student loan claim from trustee payment** |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☑ No

## Part 10:  Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    **May 15, 2017**          **/s/ Scott E. Tanne**
                               **Scott E. Tanne st2477**
                               Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    **May 15, 2017**          **/s/ Dominick J Allocco, Jr.**
                               **Dominick J Allocco, Jr.**
                               Debtor

Date:    **May 15, 2017**          **/s/ Deborah J Allocco**
                               **Deborah J Allocco**
                               Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-13677-VFP
Dominick J Allocco, Jr.                                                   Chapter 13
Deborah J Allocco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2             User: admin            Page 1 of 2            Date Rcvd: May 23, 2017
                                 Form ID: pdf901        Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db/jdb         +Dominick J Allocco, Jr.,    Deborah J Allocco,    149 Gates Ave,    Gillette, NJ 07933-1719
516126584       AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516157496       AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                 MALVERN, PA 19355-0701
516120373      +American Express,    Bankruptcy Department,    P.O Box 3001,    16 General Warrend Blvd,
                 Malvern, PA 19355-1245
516027029      +American Express,    PO Box 6559,    Omaha, NE 68106-6559
516027030      #+Bank Of America,    Nc4-102-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516027031      +Bank Of America,    1800 Tapo Canyon,    Simi Valley, CA 93063-6712
516228584      +Bank of America, N.A.,    c/o Marinosci Law Group, P.C.,    ATTN: Bankruptcy Department,
                 100 West Cypress Creek Road, Suite 1045,    Fort Lauderdale, FL 33309-2191
516249434      +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
516027033      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
516027032      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516120374      +Cheswold Ophrys LLC,    P.O Box 3978,    Seattle, WA 98124-3978
516027035      +Credit First/CFNA,    6275 Eastland Rd,    Brookpark, OH 44142-1399
516027034      +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
516120375      +Department Stores/ National Bank Macy,    P.O Box 4275,    Norcross, GA 30091-4275
516027042      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516027043      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516173763      +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
516182501      +NJSVS, Bankruptcy Unit,    PO Box 4850,    Trenton, NJ 08650-4850
516027047       Nationwide Credit, Inc,    P. O Box 26314,    Lehigh Valley, PA 18002-6314
516143716      +PHEAA,    PO B0X 8147,    HARRISBURG PA 17105-8147
516120380      +State of New Jersey,    Surcharge Administration,    P.O Box 136,    4th Floor,
                 Trenton, NJ 08666-0136
516027048      +State of New Jersey Division of Taxation,    P.O Box 187,    Trenton, NJ 08695-0187
516027051      +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
516120382      +US Department of Education,    P.O Box 740283,    Atlanta, GA 30374-0283


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2017 22:31:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2017 22:31:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516245273      +E-mail/Text: bncmail@w-legal.com May 23 2017 22:31:14      Cheswold (Ophrys), LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516027037      +E-mail/PDF: creditonebknotifications@resurgent.com May 23 2017 22:29:26      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
516027036      +E-mail/PDF: creditonebknotifications@resurgent.com May 23 2017 22:29:27      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516027041       E-mail/Text: mrdiscen@discover.com May 23 2017 22:30:28     Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
516027038      +E-mail/Text: electronicbkydocs@nelnet.net May 23 2017 22:31:10     Dept Of Ed/Nelnet,
                 Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
516027039      +E-mail/Text: electronicbkydocs@nelnet.net May 23 2017 22:31:10     Dept Of Ed/Nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
516047298       E-mail/Text: mrdiscen@discover.com May 23 2017 22:30:28     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516027040      +E-mail/Text: mrdiscen@discover.com May 23 2017 22:30:28     Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
516027044      +E-mail/Text: camanagement@mtb.com May 23 2017 22:30:55     Hudson City Savings Ba,
                 West 80 Century Rd,    Paramus, NJ 07652-1478
516027045       E-mail/Text: cio.bncmail@irs.gov May 23 2017 22:30:45     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516236460       E-mail/Text: JCAP_BNC_Notices@jcap.com May 23 2017 22:31:19     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516120376      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 23 2017 22:31:19     Jefferson Capital Systems LLC,
                 P.O Box 772813,    Chicago, IL 60677-0113
516245478       E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2017 22:29:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516101256       E-mail/Text: camanagement@mtb.com May 23 2017 22:30:55     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516027046       E-mail/Text: camanagement@mtb.com May 23 2017 22:30:55     M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
516120377       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:52:48
                 Portfolio Recovery Associates LLC,    P.O Box 12914,    Norfolk, VA 23541
516269643       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:37:44
                 Portfolio Recovery Associates, LLC,    c/o Bank Of America,    POB 41067,    Norfolk VA 23541
516269516       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:52:48
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541

```
District/off: 0312-2          User: admin           Page 2 of 2           Date Rcvd: May 23, 2017
                             Form ID: pdf901         Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516273647       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:38:03
                 Portfolio Recovery Associates, LLC,   c/o Capital One,   POB 41067,    Norfolk VA 23541
516265840       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:37:54
                 Portfolio Recovery Associates, LLC,   c/o Chase Bank Usa, N.a.,   POB 41067,
                 Norfolk VA 23541
516269699       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:37:54
                 Portfolio Recovery Associates, LLC,   c/o Hsbc Bank Nevada, N.a,   POB 41067,
                 Norfolk VA 23541
516120378      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 22:52:53
                 PRA Receivables Management LLC,    P.O Box 12914,    Norfolk, VA 23541-0914
516120379      +E-mail/Text: bnc-quantum@quantum3group.com May 23 2017 22:31:00      Quantum Group LLC,
                 Moma Funding LLC,    P.O Box 788,    Kirkland, WA 98083-0788
516042762       E-mail/Text: bnc-quantum@quantum3group.com May 23 2017 22:31:00
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516027049      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 22:29:56       Synchrony Bank/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516120381      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 22:29:30       Synchrony Bank/Care Credit,
                 P.O Box 103104,    Roswell, GA 30076-9104
516027050      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 22:29:43       Synchrony Bank/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516041982      +E-mail/Text: electronicbkydocs@nelnet.net May 23 2017 22:31:10       US Department of Education,
                 c/o Nelnet,   121 South 13th Street,    Suite 201,    Lincoln, NE 68508-1911
                                                                                            TOTAL: 30

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Scott E. Tanne    on behalf of Joint Debtor Deborah J Allocco info@tannelaw.com,
           clerk@tannelaw.com
          Scott E. Tanne    on behalf of Debtor Dominick J Allocco, Jr. info@tannelaw.com,
           clerk@tannelaw.com
                                                                              TOTAL: 4
```