**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dominick J Allocco Jr. | Social Security number or ITIN   xxx–xx–6690 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Deborah J Allocco | Social Security number or ITIN   xxx–xx–5303 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   16–13677–VFP

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dominick J Allocco Jr.                    Deborah J Allocco

12/3/20                              **By the court:** Vincent F. Papalia
                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Dominick J Allocco, Jr.  
Deborah J Allocco  
    Debtor(s)

Case No. 16-13677-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 03, 2020      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dominick J Allocco, Jr., Deborah J Allocco, 149 Gates Ave, Gillette, NJ 07933-1719 |
| 516027029 | + | American Express, PO Box 6559, Omaha, NE 68106-6559 |
| 516228584 | + | Bank of America, N.A., c/o Marinosci Law Group, P.C., ATTN: Bankruptcy Department, 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 516120374 | + | Cheswold Ophrys LLC, P.O Box 3978, Seattle, WA 98124-3978 |
| 516027042 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 516027043 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518994236 | + | NJSVS Surcharge Violation System Office, NJSVS Bankruptcy Unit, PO Box 4850, Trenton, NJ 08650-4850 |
| 516182501 | + | NJSVS, Bankruptcy Unit, PO Box 4850, Trenton, NJ 08650-4850 |
| 516143716 | + | PHEAA, PO B0X 8147, HARRISBURG PA 17105-8147 |
| 518328615 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516120380 | + | State of New Jersey, Surcharge Administration, P.O Box 136, 4th Floor, Trenton, NJ 08666-0136 |
| 516027048 | + | State of New Jersey Division of Taxation, P.O Box 187, Trenton, NJ 08695-0187 |
| 516027051 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 516120382 | + | US Department of Education, P.O Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516126584 | | EDI: BECKLEE.COM | Dec 04 2020 02:33:00 | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 516157496 | | EDI: BECKLEE.COM | Dec 04 2020 02:33:00 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 516120373 | + | EDI: BECKLEE.COM | Dec 04 2020 02:33:00 | American Express, Bankruptcy Department, P.O Box 3001, 16 General Warrend Blvd, Malvern, PA 19355-1245 |
| 516027030 | + | EDI: BANKAMER.COM | Dec 04 2020 02:33:00 | Bank Of America, Nc4-102-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516027031 | + | EDI: BANKAMER.COM | Dec 04 2020 02:33:00 | Bank Of America, 1800 Tapo Canyon, Simi Valley, CA 93063-6712 |
| 516249434 | + | EDI: BANKAMER.COM | Dec 04 2020 02:33:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |

Case 16-13677-VFP    Doc 68    Filed 12/05/20    Entered 12/06/20 00:21:45    Desc Imaged
                      Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 3180W | Total Noticed: 56 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 516027032 | + | EDI: TSYS2.COM | Dec 04 2020 02:33:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 516027033 | + | EDI: TSYS2.COM | Dec 04 2020 02:33:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 516245273 | + | Email/Text: bncmail@w-legal.com | Dec 03 2020 22:05:00 | Cheswold (Ophrys), LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516027035 | + | EDI: CRFRSTNA.COM | Dec 04 2020 02:33:00 | Credit First/CFNA, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 516027034 | + | EDI: CRFRSTNA.COM | Dec 04 2020 02:33:00 | Credit First/CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 516027037 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2020 23:08:17 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 516027036 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2020 23:22:04 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516027041 | | EDI: DISCOVER.COM | Dec 04 2020 02:33:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 516120375 | + | EDI: CITICORP.COM | Dec 04 2020 02:33:00 | Department Stores/ National Bank Macy, P.O Box 4275, Norcross, GA 30091-4275 |
| 516027039 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 03 2020 22:05:00 | Dept Of Ed/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516027038 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 03 2020 22:05:00 | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516047298 | | EDI: DISCOVER.COM | Dec 04 2020 02:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516027040 | + | EDI: DISCOVER.COM | Dec 04 2020 02:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 516027044 | + | Email/Text: camanagement@mtb.com | Dec 03 2020 22:04:00 | Hudson City Savings Ba, West 80 Century Rd, Paramus, NJ 07652-1437 |
| 516027045 | | EDI: IRS.COM | Dec 04 2020 02:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516236460 | | EDI: JEFFERSONCAP.COM | Dec 04 2020 02:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516120376 | + | EDI: JEFFERSONCAP.COM | Dec 04 2020 02:33:00 | Jefferson Capital Systems LLC, P.O Box 772813, Chicago, IL 60677-0113 |
| 516245478 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2020 23:16:16 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516101256 | | Email/Text: camanagement@mtb.com | Dec 03 2020 22:04:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516027046 | | Email/Text: camanagement@mtb.com | Dec 03 2020 22:04:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 516173763 | + | EDI: MID8.COM | Dec 04 2020 02:33:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516120377 | | EDI: PRA.COM | Dec 04 2020 02:33:00 | Portfolio Recovery Associates LLC, P.O Box 12914, Norfolk, VA 23541 |
| 516269643 | | EDI: PRA.COM | Dec 04 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Bank Of America, POB 41067, Norfolk VA 23541 |
| 516269516 | | EDI: PRA.COM | Dec 04 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |

Case 16-13677-VFP    Doc 68    Filed 12/05/20    Entered 12/06/20 00:21:45    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 3180W | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516273647 | | EDI: PRA.COM | Dec 04 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 516265840 | | EDI: PRA.COM | Dec 04 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Chase Bank Usa, N.a., POB 41067, Norfolk VA 23541 |
| 516269699 | | EDI: PRA.COM | Dec 04 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Hsbc Bank Nevada, N.a, POB 41067, Norfolk VA 23541 |
| 516120378 | + | EDI: PRA.COM | Dec 04 2020 02:33:00 | PRA Receivables Management LLC, P.O Box 12914, Norfolk, VA 23541-0914 |
| 516120379 | + | EDI: Q3G.COM | Dec 04 2020 02:33:00 | Quantum Group LLC, Moma Funding LLC, P.O Box 788, Kirkland, WA 98083-0788 |
| 516042762 | | EDI: Q3G.COM | Dec 04 2020 02:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516027049 | + | EDI: RMSC.COM | Dec 04 2020 02:33:00 | Synchrony Bank/Care Credit, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516120381 | + | EDI: RMSC.COM | Dec 04 2020 02:33:00 | Synchrony Bank/Care Credit, P.O Box 103104, Roswell, GA 30076-9104 |
| 516027050 | + | EDI: RMSC.COM | Dec 04 2020 02:33:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516041982 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 03 2020 22:05:00 | US Department of Education, c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518328616 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516027047 | ## | Nationwide Credit, Inc, P. O Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |

|  |  |
|---|---|
|  | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg |  |
|  | magecf@magtrustee.com |
| Melissa N. Licker |  |
|  | on behalf of Creditor M&T Bank NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz |  |
|  | on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com |
| Scott E. Tanne |  |
|  | on behalf of Joint Debtor Deborah J Allocco ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| Scott E. Tanne |  |
|  | on behalf of Debtor Dominick J Allocco  Jr. ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |

TOTAL: 6